# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

RMS NA, INC.,

            Plaintiff,

v.

RMS (AUS) PTY LTD et al.

            Defendants.

Case No. 3:24-cv-1366-AJB-MMP

**PRO HAC VICE APPLICATION**

Defendants
Party Represented

I, __Scott S. Balber__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Herbert Smith Freehills New York LLP
Street address: 200 Park Avenue
City, State, ZIP: New York, New York 10166
Phone number: 917-542-7600
Email: scott.balber@hsf.com

That on __5/17/1995__ (Date) I was admitted to practice before __New York State Courts__ (Name of Court) and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I [ ] have [X] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case ____
Case Number ____ Date of Application ____
Application: [ ] Granted  [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Scott S. Balber_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Mitchell B. Ludwig
(Name)

(818) 547-5000
(Telephone)

KNAPP, PETERSEN & CLARKE
(Firm)

550 North Brand Boulevard, Suite 1500    Glendale    91203-1922
(Street)                                      (City)                (Zip code)

_/s/ Scott S. Balber_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/ Mitchell B. Ludwig_
(Signature of Designee Attorney)