# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

RMS NA, INC.,

                Plaintiff,

v.

RMS (AUS) PTY LTD et al.

                Defendants.

Case No. 3:24-cv-1366-AJB-MMP

## PRO HAC VICE APPLICATION

Defendants
Party Represented

I, **Michael P. Jones** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Herbert Smith Freehills New York LLP
Street address: 200 Park Avenue
City, State, ZIP: New York, New York 10166
Phone number: 917-542-7600
Email: michael.jones@hsf.com

That on 2/4/2013 (Date) I was admitted to practice before New York State Courts (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [ ] have [X] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application: [ ] Granted   [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Michael P. Jones/*
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Mitchell B. Ludwig (Name)       (818) 547-5000 (Telephone)

KNAPP, PETERSEN & CLARKE (Firm)

550 North Brand Boulevard, Suite 1500 (Street)   Glendale (City)   91203-1922 (Zip code)

*/s/ Michael P. Jones/*
(Signature of Applicant)

I hereby consent to the above designation.

*/s/ Mitchell B. Ludwig/*
(Signature of Designee Attorney)